## APRIL 14, 2004

No. 03–9541.  CARDENAS ASPRILLA v. DAVIS, WARDEN.  C. A. 6th Cir.  Certiorari dismissed under this Court's Rule 46. ▮

No. 03–9686 (03A838).  McWEE v. SOUTH CAROLINA.  Sup. Ct. S. C.  Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.  Certiorari denied. ▮

## APRIL 16, 2004

No. 03–221.  PLILER, WARDEN v. FORD.  C. A. 9th Cir. ▮ Motion of Federal Defenders in the Ninth Circuit for leave to file a brief as *amicus curiae* granted.  Motion of National Association of Criminal Defense Lawyers for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 03–1027.  RUMSFELD, SECRETARY OF DEFENSE v. PADILLA ET AL.  C. A. 2d Cir. ▮ Motion of respondents for divided argument denied.

## APRIL 19, 2004

No. 03–756.  BARRIENTOS ET AL. v. TEXAS ET AL.  Affirmed on appeal from D. C. S. D. Tex. ▮